**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RICARDO VELASQUEZ,

    Plaintiff,

vs.                                CASE NO. 1:22-cv-09051-ALC

VILLAGE CAFE & GRILL INC.,
a New York corporation, d/b/a
VILLAGE CAFE & GRILL, and
EIGHT COOPER EQUITIES LLC,
a New York limited liability
company,

    Defendants.
_____/

**VOLUNTARY DISMISSAL, WITH PREJUDICE,**
**AND ORDER OF DISMISSAL**

    COMES NOW, Plaintiff, RICARDO VELASQUEZ, by and through his undersigned counsel, pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, who does hereby voluntarily dismiss the above-captioned action, with prejudice, with regard to VILLAGE CAFE & GRILL INC., a New York corporation, d/b/a VILLAGE CAFE & GRILL, and EIGHT COOPER EQUITIES LLC, a New York limited liability company.

Dated: This 30th day of May, 2023.

                                            By: _____
                                                 B. Bradley Weitz, Esq.
                                                 THE WEITZ LAW FIRM, P.A.
                                                 18305 Biscayne Blvd., Suite 214
                                                 Aventura, FL 33160
                                                 Telephone: (305) 949-7777
                                                 Facsimile: (305) 704-3877
                                                 E-mail: BBW@weitzfirm.com
                                                 *Attorneys for Plaintiff*

SO ORDERED:

_____
Andrew L. Carter, Jr., U.S.D.J.

Dated: _____